# United States Bankruptcy Court
## Middle District of Alabama

In re **Ronita Paradise**  
Debtor(s)

Case No. **14-32486**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 29, 2014**, a copy of Debtor's amended plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

    All unsecured creditors

**/s/ Joshua C. Milam**
**Joshua C. Milam ASB-3046-T99U**
**Shinbaum & Associates**
**566 South Perry Street**
**P O Box 201**
**Montgomery, AL 36101**
**334-269-4440- Selma 334-872-4545Fax:334-263-4096-Selma**
**334-874-1084**
**rshinbaum@smclegal.com**